1  Jason J. Kim (State Bar No. 221476)
   kimj@HuntonAK.com
2  Hakop Stepanyan (State Bar No. 296782)
3  hstepanyan@HuntonAK.com
   Marcus E. Nelson (State Bar No. 347650)
4  mnelson@HuntonAK.com
5  **HUNTON ANDREWS KURTH LLP**
   550 South Hope Street, Suite 2000
6  Los Angeles, California 90071-2627
7  Telephone:  (213) 532-2000
   Facsimile:  (213) 532-2020
8
9  Attorneys for Defendant
   NAVY FEDERAL CREDIT UNION
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ANDREW KING, on behalf of himself and all others similarly situated, | Case No.: 2:23-cv-05915 SPG (AGRx) |
|---|---|
| Plaintiff, | Hon. Sherilyn Peace Garnett |
| v. | **DEFENDANT NAVY FEDERAL CREDIT UNION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| NAVY FEDERAL CREDIT UNION and DOES 1-50, inclusive, | |
| Defendants. | *[Notice of Motion and Motion to Dismiss and Declaration of Hakop Stepanyan filed concurrently herewith]* |
| | Date:   December 20, 2023<br>Time:   1:30 p.m.<br>Crtm:   5C |

1    Pursuant to Federal Rule of Evidence 201, Defendant Navy Federal Credit
2 Union ("Navy Federal") respectfully requests, in support of its Motion to Dismiss
3 Plaintiff's First Amended Complaint, that the Court take judicial notice of the
4 following document:
5    **Exhibit A:**  Navy Federal's current Schedule of Fees and Charges (the "Fee
6 Schedule").
7    In ruling on a motion to dismiss pursuant to Rule 12(b)(6), the Court may look
8 to documents incorporated into the complaint by reference and matters properly
9 subject to judicial notice under Fed. R. Evid. 201.  *Khoja v. Orexigen Therapeutics,*
10 *Inc.*, 899 F.3d 988, 998 (9th Cir. 2018); *Lee v. City of L.A.*, 250 F.3d 668, 688–89 (9th
11 Cir. 2001).  The Court can consider the attached Fee Schedule under both precepts.
12    The incorporation-by-reference doctrine "treats certain documents as though
13 they are part of the complaint itself."  *Khoja*, 899 F.3d at 1002.  A document is
14 incorporated into a pleading by reference "if the plaintiff refers extensively to the
15 document or the document forms the basis of the plaintiff's claim."  *Davis v. HSBC*
16 *Bank Nev., N.A.*, 691 F.3d 1152, 1160 (9th Cir. 2012).  Here, Plaintiff not only
17 extensively refers to Navy Federal's Fee Schedule in the First Amended Complaint
18 ("FAC"), but a prior version of the Fee Schedule is attached to the FAC.  FAC ¶¶ 21,
19 22, 27, 34; Exh. C.  Because Plaintiff incorporates the Fee Schedule by reference, the
20 Court may properly consider it.
21    The Court may also judicially notice matters "not subject to reasonable dispute"
22 because they are (1) " generally known within the trial court's territorial jurisdiction"
23 or (2) "can be accurately and readily determined from sources whose accuracy cannot
24 reasonably be questioned."  Fed. R. Evid. 201(b).  "[M]atters of public record,"
25 including publicly accessible websites, are not subject to reasonable dispute.  *Asner v.*
26 *SAG-AFTRA Health Fund*, 557 F. Supp. 3d 1018, 1024 (C.D. Cal. 2021) (citing *Lee*,
27 250 F.3d at 688-89).  Thus, "documents on 'publicly available websites' are proper
28 subjects of judicial notice."  *CF Gainesville Inv., LLC v. Astronergy Solar, Inc.*, 2022

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

WL 1203006, at *5 (C.D. Cal. Apr. 22, 2022) (judicially noticing company's website homepage, "about" section of website, and biography on website); *see also Calhoun v. Google, LLC*, 526 F. Supp. 3d 605, 617 (N.D. Cal. 2021) (judicially noticing online privacy policies because "[t]hese documents appear on publicly available websites").

The attached Fee Schedule appears on a publicly available website: https://www.navyfederal.org/content/dam/nfculibs/pdfs/membership/2043ep.pdf. Declaration of Hakop Stepanyan ¶ 2; Exh A. The Court, therefore, may properly take judicial notice of it.

Dated:  November 16, 2023

**HUNTON ANDREWS KURTH LLP**

By: */s/ Jason J. Kim*
 Jason J. Kim
 Hakop Stepanyan
 Marcus E. Nelson
 Attorneys for Defendant
 NAVY FEDERAL CREDIT UNION

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

069899.0000246 DMS 304594967v1

2

DEFENDANT NAVY FEDERAL CREDIT UNION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT