UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-05915-SPG-AGR | JS-6 | Date | February 23, 2024 |
|---|---|---|---|---|
| Title | Andrew King v. Navy Federal Credit Union et al | | | |

Present: The Honorable  SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:**   (IN CHAMBERS) ORDER

On January 26, 2024, the Court filed its Order Granting in Part and Denying in Part Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. (ECF No. 28). The Court dismissed Plaintiff's breach of contract claim with prejudice and dismissed Plaintiff's California Unfair Competition Law claim with leave to amend. (*Id.* at 13). Plaintiff was granted leave to file a second amended complaint within fourteen calendar days of the Court's order or the case would be dismissed. On February 12, 2024, Plaintiff notified the Court that he would not file a second amended complaint and requested the case be terminated. (ECF No. 29).

Accordingly, the case is dismissed without prejudice, and the Court orders the case closed.

00 : 00

Initials of Preparer   pg