**KALIELGOLD PLLC**
Jeffrey D. Kaliel (SBN 238293)
1100 15th St. NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
Facsimile: (202) 871-8180
E-mail: jkaliel@kalielpllc.com

**KALIELGOLD PLLC**
Sophia Goren Gold (SBN 307971)
950 Gilman Street, Suite 200
Berkeley, California 94710
Telephone: (202) 350-4783
Facsimile: 202) 871-8180
sgold@kalielgold.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KING on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NAVY FEDERAL CREDIT UNION, <br><br> Defendant. | **CASE NO.:** 2:23-cv-05915-SPG-AGR <br> Hon. Sherilyn Peace Garnett <br><br> **PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Notice is hereby given that Plaintiff, Andrew King, individually, and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order on Defendant's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint entered on February 12, 2024 (ECF No. 28) and the Order Dismissing Case entered on February 23, 2022 (ECF No. 30).

Dated: March 26, 2024                **KALIELGOLD PLLC**

By: */s/ Sophia Goren Gold*
Sophia Goren Gold
Jeffrey D. Kaliel

*Attorneys for Plaintiff and the Putative Class*

- 2 -
NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS, NINTH CIRCUIT
CASE NO. 2:23-CV-05915-SPG-AGR

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

| | |
|---|---|
| Jason Jonathan Kim<br>Hakop Stepanyan<br>Marcus Edward Nelson<br>**Hunton Andrews Kurth LLP**<br>550 South Hope Street, Suite 2000<br>Los Angeles, California 90071<br>kimj@huntonak.com<br>hstepanyan@huntonak.com<br>mnelson@huntonak.com | Attorneys for Defendant<br>**NAVY FEDERAL CREDIT UNION** |

                          */s/ Sophia Goren Gold*
                          Sophia Goren Gold